**Ralph C. Spooner, OSB No. 732880**
E-mail:  rspooner@smapc.com
**David E. Smith, OSB No. 124591**
E-mail:  dsmith@smapc.com
SPOONER & MUCH, P.C.
530 Center Street N.E., Suite 712
Salem, OR 97301
Phone: 503-378-7777
Fax:     503-588-5899
Of Attorneys for Defendant State Farm
Fire and Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DONALD L. TAYLOR and BRANDI K. TAYLOR,<br><br>         Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>         Defendant. | Case No. 6:22-cv-00466-MC<br><br>**JUDGMENT OF DISMISSAL** |

      The court has ordered that the above-captioned case is dismissed with prejudice and without costs, disbursements, interest or attorney fees being allowed to any party on the grounds and for the reason that it has been civilly compromised and that this Judgment, therefore, be entered.

DATE: 6/9/2023

s/Michael J. McShane
MICHAEL J. McSHANE
UNITED STATES DISTRICT JUDGE

Page 1 – JUDGMENT OF DISMISSAL